No. 17-11351-C

# In the
# United States Court of Appeals
# for the Eleventh Circuit

_____

RICHARD A. YEAGER and DEANA J. YEAGER,

*Plaintiff-Appellants*,

v.

OCWEN LOAN SERVICING, LLC,

*Defendant-Appellee*.

_____

On Appeal from the United States District Court for the Middle District of Alabama in No. CV-14-00117-MHT-PWG, Hon. Myron H. Thompson
_____

## UNOPPOSED MOTION TO DISMISS APPEAL
_____

Earl P. Underwood, Jr.
Kenneth J. Riemer
UNDERWOOD & RIEMER, P.C.
21 S Section Street
Fairhope, AL 36532
Tel.: (251) 990-5558
epunderwood@alalaw.com
kjr@alaconsumerlaw.com
*Counsel for Plaintiff-Appellants*

Robert Campbell
Michael R. Pennington
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North, Suite 200
Birmingham, AL 35203-2104
(205)521-8000 (phone)
(205)521-8800 (fax)
rjcampbell@babc.com
mpennington@babc.com
*Counsel for Defendant-Appellee*

# In the United States Court of Appeals for the Eleventh Circuit

RICHARD A. YEAGER and DEANA J. YEAGER,
                                    *Plaintiff-Appellants*,

v.

OCWEN LOAN SERVICING, LLC,
                                    *Defendant-Appellee.*

On Appeal from the United States District Court for the Middle District of Alabama in No. CV-14-00117-MHT-PWG, Hon. Myron H. Thompson

## CERTIFICATE OF INTERESTED PERSONS

In compliance with Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, the undersigned hereby certifies that the persons and/or entities listed below have an interest in the outcome of this appeal:

   Hon. Myron H. Thompson, (U.S. District Judge)

   Hon. Paul W. Greene (U.S. Magistrate Judge)

   Hon. David A. Baker (U.S. Magistrate Judge)

   Ocwen Loan Servicing, LLC. (Defendant-Appellee)

   Yeager, Richard A. (Plaintiff-Appellant)

Yeager, Deana J. (Plaintiff-Appellant)

Campbell, Robert, Esq. (counsel for Defendant- Appellee)

Pennington, Michael R., Esq. (counsel for Defendant-Appellee)

Underwood, Jr., Earl P., Esq. (counsel for Plaintiff-Appellants)

Riemer, Kenneth J., Esq. (counsel for Plaintiff-Appellants)

 

Respectfully submitted April 3, 2017

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Underwood & Riemer, PC
21 South Section Street
Fairhope, AL 36532
(251) 990-5558 (Voice)
(251) 990-0626 (Fax)
epunderwood@alalaw.com

## UNOPPOSED MOTION TO DISMISS

Pursuant to Fed. R. App. P. 42(b) and 11th Cir. R. 42-1(a), Plaintiff-Appellants respectfully request dismissal of this appeal with costs taxed to Appellants.

Respectfully submitted April 3, 2017

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Underwood & Riemer, PC
21 South Section Street
Fairhope, AL 36532
(251) 990-5558 (Voice)
(251) 990-0626 (Fax)
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2017, an electronic copy of the foregoing Motion was filed with the Clerk of Court for the U.S. Court of Appeals for the Eleventh Circuit, using the appellate CM/ECF system. I further certify that all parties in the case are represented by lead counsel who are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Earl P. Underwood, Jr.*
Earl P. Underwood, Jr.
Underwood & Riemer, PC
21 South Section Street
Fairhope, AL 36533
(251) 990-5558 (Voice)
(251) 990-0626 (Fax)
epunderwood@alalaw.com